JANICE H. LANE v. ALEXANDER BROWN GRISWOLD, BENJAMIN H. GRISWOLD, III, CHARLES S. GARLAND, F. GRAINGER MARBURG, WILLIAM J. PRICE, III, J. CREIGHTON RIEPE, Y. E. BOOKER, JAMES McHENRY, F. BARTON HARVEY, JOSEPH L. TURNER, PHILLIP H. WATTS, BENJAMIN S. WILLIS, NORMAN FARQUHER, JAMES E. HOLMES, JR., W. JAMES PRICE, IV, S. BONSAL WHITE, JR., AND R. GERALD WILLSE, JR., T/D/B/A ALEX BROWN & SONS, A PARTNERSHIP

AND

LESLIE B. COHEN v. ALEXANDER BROWN GRISWOLD, BENJAMIN H. GRISWOLD, III, CHARLES S. GARLAND, F. GRAINGER MARBURG, WILLIAM J. PRICE, III, J. CREIGHTON RIEPE, Y. E. BOOKER, JAMES McHENRY, F. BARTON HARVEY, JOSEPH L. TURNER, PHILLIP H. WATTS, BENJAMIN S. WILLIS, NORMAN FARQUHER, JAMES E. HOLMES, JR., W. JAMES PRICE, IV, S. BONSAL WHITE, JR., AND R. GERARD WILLSE, JR., T/D/B/A ALEX BROWN & SONS, A PARTNERSHIP

AND

DIANE A. DICKINSON v. ALEXANDER BROWN GRISWOLD, BENJAMIN
H. GRISWOLD, III, CHARLES S. GARLAND, F. GRAINGER MAR-
BURG, WILLIAM J. PRICE, III, J. CREIGHTON RIEPE, Y. E.
BOOKER, JAMES McHENRY, F. BARTON HARVEY, JOSEPH L.
TURNER, PHILLIP H. WATTS, BENJAMIN S. WILLIS, NORMAN
FARQUHER, JAMES E. HOLMES, JR., W. JAMES PRICE, IV, S.
BONSAL WHITE, JR., AND R. GERARD WILLSE, JR., T/D/B/A ALEX
BROWN & SONS, A PARTNERSHIP.

AND

HOWARD M. BROWNING v. ALEXANDER BROWN GRISWOLD, BEN-
JAMIN H. GRISWOLD, III, CHARLES S. GARLAND, F. GRAINGER
MARBURG, WILLIAM J. PRICE, III, J. CREIGHTON RIEPE, Y. E.
BOOKER, JAMES McHENRY, F. BARTON HARVEY, JOSEPH L.
TURNER, PHILLIP H. WATTS, BENJAMIN S. WILLIS, NORMAN
FARQUHER, JAMES E. HOLMES, JR., W. JAMES PRICE, IV, S. BON-
SAL WHITE, JR., AND R. GERARD WILLSE, JR., T/D/B/A ALEX
BROWN & SONS, A PARTNERSHIP.

(Filed 28 February, 1968.)

APPEALS by plaintiffs from *Gambill, J.,* 6 March 1967 Civil Ses-
sion of FORSYTH. These cases were docketed and argued as cases
Nos. 447, 448, 449, and 450, Fall Term 1967, and docketed as cases
Nos. 443, 444, 445, and 446, Spring Term 1968.

*Herbert, James & Williams by Henry James, Jr., and Jordan,
Wright, Henson & Nichols by Karl N. Hill, Jr., for plaintiff appel-
lants.*

*Hudson, Ferrell, Petree, Stockton, Stockton & Robinson by R. M.
Stockton, Jr., and W. F. Maready, and Covington & Burling by
David B. Isbell for defendant appellees.*

PER CURIAM. These four cases were argued in the Supreme
Court at the same time the case of *Janice H. Lane v. Alexander
Brown Griswold, et al.,* Case No. 446, Fall Term 1967, Case No. 442,
Spring Term 1968, was argued, the opinion in which was filed this
day. The plaintiffs in all five cases filed one joint brief, and defend-
ants in all five cases filed one joint brief.

This is said in the joint brief filed by plaintiffs:

"The brief in this case will cover all five cases, in that the
points of law are substantially the same in all five cases and the
facts of all five cases involved in this appeal are substantially
identical except as to the dates and subject matter of the stock
transactions alleged in each complaint. For that reason, the
plaintiff will refer to each plaintiff and the defendants will re-
fer to all the defendants as the same defendants are involved in
each case."

This is said in the joint brief filed by defendants:

"These are civil actions for the recovery, under G.S. 78-22, of the price of certain stock purchased by the plaintiffs/appellants through defendants/appellees, as their agents, which stock was not registered under the Securities Law for sale in North Carolina. The five cases are for all material purposes identical and have therefore been consolidated both in this Court and in the court below. 1/

"1/ This Court, on September 20, 1967, granted the motion of plaintiffs and defendants in all of these cases that they each be permitted to file a single brief for all five cases, the motion having been based on the fact that the questions raised in the cases are substantially identical. The records in the cases are also substantially identical."

The decision in these four cases is controlled by the decision in *Janice H. Lane v. Alexander Brown Griswold, et al.,* Case No. 446, Fall Term 1967, and Case No. 442, Spring Term 1968, which was filed this day. Upon the authority of that case, the judgments of Judge Gambill in each and every one of the present four cases will be upheld.

Affirmed.

HUSKINS, J., took no part in the consideration or decision of these cases.